NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000368
07-OCT-2015
09:43 AM

NO. CAAP-15-0000368

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
JOSEPH SAMPINO, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 14-1-0273)

ORDER APPROVING THE SEPTEMBER 15, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal entered into by Tracy Murakami, Deputy Prosecuting Attorney for Plaintiff-Appellant the State of Hawai'i, and James S. Tabe, Deputy Public Defender for Defendant-Appellee Joseph Sampino, and the records and files herein, and it appears no fees or costs are outstanding.

IT IS HEREBY ORDERED that the stipulation is approved and that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, October 7, 2015.

Chief Judge

Associate Judge

Associate Judge